DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

THOMPSON v. NATIONWIDE MUTUAL INS. CO.

No. 615P94

Case below: 117 N.C.App. 140

Petition by defendant (Nationwide) for discretionary review pursuant to G.S. 7A-31 denied 2 March 1995.

TURNER v. LA PETITE ACADEMY

No. 22P95

Case below: 117 N.C.App. 467

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 March 1995.

UNISUN INS. CO. v. GOODMAN

No. 31P95

Case below: 117 N.C.App. 454

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 2 March 1995.

WELLING v. WALKER

No. 42PA95

Case below: 117 N.C.App. 445

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 2 March 1995.

YEOMAN v. BOONE CONST. CO.

No. 592P94

Case below: 117 N.C.App. 140

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 2 March 1995.